Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  SAMUEL P. MARTINEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SAMUEL P. MARTINEZ, ) | Case No.:   1:10-CV-02408-SKO |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE SHELIA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Samuel P. Martinez ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 10, 2011; and that Defendant shall have until November 9, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due November 23, 2011.

1  An extension of time for plaintiff is needed due to a serious illness in Counsel's family.  An extension of time for plaintiff is needed due to a serious illness in Counsel's family.  On June 21, 2011, Counsel's Spouse started chemotherapy to treat a diagnosis of Stage IV breast cancer.  As a result of the sudden onset of what is obviously a serious illness Counsel requires additional time to assist his Spouse through this obviously stressful experience.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 26, 2011          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                           BY:_____
                               Steven G. Rosales
                               Attorney for plaintiff SAMUEL P. MARTINEZ

DATE:  August 26, 2011         BENJAMIN WAGNER
                               United States Attorney


                               */S/- *Geralyn Gulseth*

                               _____
                               Geralyn Gulseth
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

IT IS HEREBY ORDERED that:

1. Plaintiff may have an extension of time, to and including October 10, 2011, in which to file Plaintiff's Opening Brief;
2. Defendant may have an extension of time to November 9, 2011, to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.
3. Any reply by Plaintiff will be due November 23, 2011.

IT IS SO ORDERED.

Dated:   **August 29, 2011**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE